## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Norma G. Hill,                                    Civil No. 08-4181 (RHK/FLN)

            Plaintiffs,                       **DISQUALIFICATION AND**
                                            **ORDER FOR REASSIGNMENT**

vs.

Wyeth and its divisions, et al.,

            Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated:  July 2, 2008

                                   s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge